UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**DANIEL BOWENS**                                                                **CIVIL ACTION**

**VERSUS**                                                                            **NO. 05-5714**

**N. BURL CAIN, WARDEN**                                                  **SECTION: "B"(5)**

## ORDER AND REASONS

Considering Petitioner's objections (Record Document No. 30) to and the Magistrate Judge's Report and Recommendation, **IT IS ORDERED** that said objections are **OVERRULED**;

**IT IS FURTHER ORDERED** that the Magistrate Judge's Report and Recommendation are adopted as the opinion of the Court finding factual and legal support for the Report and Recommendation.

Accordingly, the instant petition for *habeas corpus* relief is **DISMISSED** as untimely.

New Orleans, Louisiana, this 17th day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE